# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Tony M. Acklin | Case No. 07-3297 |
| Plaintiff, | |
| vs. | ORDER |
| David Kostura, et al | |
| Defendant. | |

On January 28, 2008, this Court notified plaintiff and plaintiff's counsel that unless good cause is shown for failure to serve defendant as provided under the rules, this action would be dismissed for want of prosecution. Upon review of the docket, there has been no good cause shown and no service of the summons and complaint upon the defendant in this matter. Therefore,

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure the above entitled case is hereby dismissed without prejudice for want of prosecution.

IT IS SO ORDERED.

Dated: 02/25/2008



HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

**FILED**

FEB 26 2008

CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND